No. 386.  CITY OF HAMMOND *v.* FARINA BUS LINE AND TRANSPORTATION COMPANY.  October 11, 1926.  Petition

for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. L. T. Michener* and *John A. Gavit* for petitioner. *Messrs. Jesse J. Ricks* and *Edmond W. Hebel* for respondent.